UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNETTE TOLLESON and WENDELL R. TOLLESON,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and PERRY FORD OF NATIONAL CITY, LLC, a California Limited Liability Company, dba PERRY FORD ON THE MILE OF CARS DBA PERRY FORD OF NTL CITY; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-CV-531-GPC-LL<br><br>**Order Denying Request to Assign Case to the Honorable André Birotte Jr.**<br><br>**[ECF No. 5.]** |

Defendant Ford Motor Company has filed a request with this Court for an assignment of the above-paneled case to the Honorable André Birotte Jr., Central District of California, pursuant to Judicial Panel on Multidistrict Litigation (J.P.M.L.) Rule 7.2(a). (ECF No. 5.) The J.P.M.L. had previously granted Ford a motion to transfer and consolidate a number of product liability disputes over its powershift transmissions to the Central District of California. (ECF No. 5-1.)

Pursuant to 28 U.S.C. § 1407, Multidistrict Litigation ("MDL") transfers "shall be made by the judicial panel on multidistrict litigation . . . upon its determination that transfers for such proceedings will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions." 28 U.S.C. § 1407(a). After a transfer is ordered to a transferee court under Section 1407, any additional tag-along actions are addressed by Rule 7.1(a), which provides that "[a]ny party or counsel . . . shall promptly notify the Clerk of the Panel of any potential tag-along actions in which that party is also named or in which counsel appears. J.P.M.L. R. 7.1(a). Rule 7.1(b) continues, "[u]pon learning of the pendency of a potential tag-along action, the Clerk of the Panel may enter a conditional order transferring that action to the previously designated transferee district court." J.P.M.L. R. 7.1(b).

Rule 7.2 creates an exception to the ordinary Rule 7.1 procedures for assignments. "Potential tag-along actions filed in the transferee district do not require panel action." J.P.M.L. R. 7.2(a). To invoke this exception, a party need only "request assignment of such actions to the Section 1407 transferee judge in accordance with the applicable local rules." *Id.*

Ford points the Court to "Local Rule 83-1.4.3." (ECF No. 5, at 1.) There is no such local rule in the Southern District of California, so the Court can only surmise that Ford was referring to a local rule of the Central District. Even assuming counterfactually an out-of-district local rule may bind this Court, Ford cannot be granted its requested relief—i.e., assignment of this case to Judge Birotte—without first obtaining a conditional order of transfer from the J.P.M.L. Specifically, it appears that Rule 7.1(a) governs the present situation, not 7.2(a). Rule 7.2(a) is addressed to potential tag-along actions "*filed in the transferee district*"; those actions alone do "not require panel action." J.P.M.L. R. 7.2(a) (emphasis). Otherwise, the default prescription of Rule 7.1(a) applies. Accordingly, Ford's request under Rule 7.2(a) is **DENIED.**

Dated: April 2, 2019

_____
Hon. Gonzalo P. Curiel
United States District Judge